IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gunn, Lamond K

Printed: 01/06/09

Case Number:  08 B 15684
Judge:  Goldgar, A. Benjamin
Filed:  6/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 18, 2008
Confirmed: September 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,740.01 |  |
| Secured: |  | 553.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,007.87 |
| Trustee Fee: |  | 179.04 |
| Other Funds: |  | 0.00 |
| Totals: | 2,740.01 | 2,740.01 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 2,250.00 | 2,007.87 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 7,892.12 | 0.00 |
| 4. | TCF Bank | Secured | 3,000.00 | 200.00 |
| 5. | Greater Chicago Finance | Secured | 2,870.11 | 353.10 |
| 6. | Chase Home Finance | Secured | 31,590.09 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 14.15 | 0.00 |
| 8. | Greater Chicago Finance | Unsecured | 124.98 | 0.00 |
| 9. | Slates Corporation | Secured |  | No Claim Filed |
| 10. | River Auto Group Ltd | Secured |  | No Claim Filed |
| 11. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 13. | MDC Realty Corp | Unsecured |  | No Claim Filed |
| 14. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 15. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 16. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 17. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 18. | River Auto Group Ltd | Unsecured |  | No Claim Filed |
| 19. | Monterey Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,741.45 | $ 2,560.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 117.66 |
| 6.6% | 61.38 |
|  | $ 179.04 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Gunn, Lamond K | Case Number:  08 B 15684 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/06/09 | Filed:  6/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

